**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

ADAM J. BREWER                                                                     PLAINTIFF

V.                                          NO: 1:10CV00065 BSM/HDY

INDEPENDENCE COUNTY JAIL                                         DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

1

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Adam J. Brewer, a pre-trial detainee at the Independence County Jail, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 (docket entry #2), on August 30, 2010, naming as a Defendant only the Independence County Jail.  On August 31, 2010, the Court entered an order noting that a county jail is not an entity subject to suit, and directing Plaintiff to file an amended complaint which named as Defendants the specific individuals he contends violated his constitutional rights (docket entry #3).  Plaintiff was warned that his failure to do so within 30 days would result in the recommended dismissal of his complaint.  More than 30 days have passed, and Plaintiff has not submitted an amended complaint as ordered, or otherwise responded to the order. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to respond to the Court's order, and failure to comply with Local Rule 5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed

for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.       Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to respond

to the Court's order, and failure to comply with Local Rule 5.5(c)(2).

2.       The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this   5   day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE