UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ADAM J. BREWER                                                                                      PLAINTIFF

v.                                      CASE NO: 1:10cv00065 BSM

INDEPENDENCE COUNTY JAIL                                                        DEFENDANT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After carefully considering the proposed findings and recommended disposition and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with the court's order, and failure to comply with Local Rule 5.5(c)(2).

2. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE