UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**ADAM J. BREWER**                                                                                   **PLAINTIFF**

v.                                    **CASE NO: 1:10cv00065 BSM**

**INDEPENDENCE COUNTY JAIL**                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case without prejudice; the relief sought is denied. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE